UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDREW WILLIAMS,

    Plaintiff,

v.                                                Case No. 3:21cv255-LC-HTC

RUDY M DAVIS,
BETTY KEMP,
G NELSON,
H S COX,
TIMOTHY CASSADY,
LAMBERT,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 13, 2022 (ECF No. 40). The court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 40) is adopted and incorporated by reference in this order.

2.      The motion for summary judgment, ECF Doc. 31, is DENIED.

3.      This matter is referred back to the magistrate judge to prepare the case for trial.

**DONE AND ORDERED** this 12th day of May, 2022.

                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**